UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| R. NORTH BEACH, INC., an Illinois corporation,,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRY VISIONS, INC., a California corporation, and KENNETH PETERSON,<br><br>        Defendants. | CIV. NO. 2:15-02014 WBS AC<br><br>ORDER OF RECUSAL |

----oo0oo----

The undersigned hereby recuses himself as the judge to whom this case is assigned.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:   December 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1