

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

R. NORTH BEACH, INC.

   Plaintiff(s),

v.

COUNTRY VISIONS, INC. AND KENNETH PETERSON,

   Defendant(s).

Case No. 2:15-cv-02014-JAM-AC

I, W. Michael Garner, attorney for Plaintiff R. NORTH BEACH, INC., hereby petition for admission to practice *Pro Hac Vice* under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Garner & Ginsburg, P.A. |
| Address: | 222 South Ninth Street, Suite 2930 |
| City: | Minneapolis |
| State: | MN        ZIP Code: 55402 |
| Voice Phone: | 612-259-4800 |
| FAX Phone: | 612-259-4810 |
| Internet E-mail: | wmgarner@yourfranchiselawyer.com |
| Additional E-mail: | bjbertram@yourfranchiselawyer.com |
| I reside in City: | Minneapolis   State: MN |

I was admitted to practice in the United States District Court for the District of Minnesota on February 26, 1998. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
County Visions, Inc. v. MidSouth LLC; Case No. 2:15-cv-01740-GEB-CKD; 11/12/15; Granted
_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Elizabeth B. Stallard (SBN 221445)

Firm Name:   Downey Brand LLP

Address:     621 Capitol Mall, 18th Floor

City:        Sacramento

State:       CA        ZIP Code: 95814

Voice Phone: 916-444-1000

FAX Phone:   916-444-2100

E-mail:      estallard@downeybrand.com


Dated: December 9, 2015        Petitioner: /s/ Elizabeth B. Stallard

**ORDER**

IT IS SO ORDERED.

Dated: 1/27/2016
/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT